UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

        Plaintiff,

– against –

OSAKA ZEN SPA, BOKSIL PAULA LEE, *in her individual and official capacities*, JOSHIA LEE, *in his individual and official capacities*, JOSEPH LEE, *in his individual and official capacities*, NAN HI LEE*, in her individual and official capacities*, JOHN AND JANE DOES 1-10, *individually and in their official capacities*, *and* XYZ CORP. 1-10,

        Defendants.

**ORDER**

19 Civ. 7935 (ER)

RAMOS, D.J.:

The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                                            EDGARDO RAMOS, U.S.D.J.