UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SO YOUNG CHO,                                           Civil Case No. 19-cv-07935 (ER)

                Plaintiff,

       -against-                                            **JUDGMENT [PROPOSED]**

OSAKA ZEN SPA,
BOKSIL PAULA LEE, in her individual and
official capacities, JOSHIA LEE, in his individual
and official capacities, JOSEPH LEE, in his individual
and official capacities, NAN HI LEE, in her individual
and official capacities, JOHN AND JANE DOES 1-10,
individually and in their official capacities, and
XYZ CORP. 1-10,

                Defendants.

------------------------------------------------------------------X

      This action having been commenced on August 23, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint were served on Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee, and Nan Hi Lee on September 4, 2019 by personal service, and proof of service having been filed on June 5, 2020, and Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee and Joseph Lee not having complied with this Court's Order entered on March 2, 2020, whereby they were ordered to retain new counsel by March 31, 2020, and Defendant Nan Hi Lee not having answered the Complaint or otherwise appeared in the case and the time for answering the Complaint having expired, it is

      **ORDERED, ADJUDGED AND DECREED**: That the Plaintiff So Young Cho has judgment against the Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee, and Nan Hi Lee in the amount of $1,300,337.50, together with 9% interest from June 25, 2018 amounting to $231,135 as of June 15, 2020, plus costs and disbursements of this action in the

2

amount of $557.40, attorney's fees in the amount of $455,118.13, as of June 15, 2020, amounting in all to $1,987,148.03.

Dated: New York, New York
       _____, 2020

                              SO ORDERED,


                              _____
                              Edgardo Ramos, U.S.D.J.