# LAW OFFICE OF RUDY A. DERMESROPIAN, LLC

Rudy A. Dermesropian
rad@dermesropianlaw.com

**NEW ADDRESS:**
810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph.: 646-586-9030
Fax: 646-586-9005

**MEMO ENDORSED**

www.dermesropianlaw.com

Affiliate Office:
Skillman, NJ

April 20, 2021

**Via ECF**
Honorable Edgardo Ramos, U.S.D.J.
U.S. District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The parties' request is GRANTED. The case management conference is hereby adjourned. A new conference date will be set after a decision is issued on Joshia and Joseph Lee's motion for judgment on the pleadings. If no reply brief is filed by April 23, 2021, the motion will be deemed fully briefed.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/20/2021
> New York, New York

  Re: *So Young Cho v. Osaka Zen Spa, et al.*
    **Case No. 19-cv-07935**

Dear Judge Ramos:

  This office represents the Plaintiff, So Young Cho, in the above-referenced matter. By notice from the Court, the parties were notified that the case management conference scheduled for April 30, 2021 at 3:30 p.m., has been rescheduled for 11:00 a.m. on that same day. However, that change creates a conflict with a deposition that Plaintiff's counsel has to attend pursuant to a so ordered subpoena in a matter pending in the Eastern District of New York. The deposition is scheduled to start at 10:00 a.m.

  In addition, Defendants in the case at bar had filed a motion to dismiss on November 23, 2020 [see Docket No. 38]. The motion has been dully submitted, but no decision has yet been made on said motion.

  Accordingly, we respectfully request, on consent of Defendants' counsel, an adjournment of the case management conference to a date after the motion to dismiss has been decided, or in the alternative, to another date that is convenient for the Court and where neither counsel is conflicted. Counsel for the parties stand ready to submit proposed dates should it be requested. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc: Eric Bingchen Li, Esq. (via ECF)