UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

                      Plaintiff,

         -against-

OSAKA ZEN SPA, BOKSIL PAULA LEE,
JOSHIA LEE, JOSEPH LEE, NAN HI LEE,

                  Defendants.

**ORDER**

19 Civ. 7935 (ER)

The Court is in receipt of the parties' joint status report dated March 9, 2022.  Doc. 59.

The Court lifts the stay in this matter and directs the parties as follows:

- Plaintiff So Young Cho is granted leave to pursue default against Defendant Nan Hi Lee in accordance with Attachment A of the Court's Individual Rules of Practice;

- Defendants Osaka Zen Spa and Boksil Paula Lee are instructed to respond to the First Amended Complaint (Doc. 50) by March 14, 2022;

- Defense counsel's request for 60 days to complete discovery is granted; and

- Cho is instructed to effectuate service on Defendants Joshia Lee and Joseph Lee.

It is SO ORDERED.

Dated:    March 10, 2022
           New York, New York

                                   Edgardo Ramos, U.S.D.J.