UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

                Plaintiff,

-against-

OSAKA ZEN SPA, BOKSIL PAULA LEE,
JOSHIA LEE, JOSEPH LEE, NAN HI LEE,

                Defendants.

**ORDER**

19 Civ. 7935 (ER)

A conference will be held on May 10, 2022 at 12 p.m. by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:   March 15, 2022
           New York, New York

                                          Edgardo Ramos, U.S.D.J.