UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

                              Plaintiff,

–against–

OSAKA ZEN SPA, BOKSIL PAULA LEE, in her individual and official capacities, JOSHIA LEE, in his individual and official capacities, JOSEPH LEE, in his individual and official capacities, NAN HI LEE, in her individual and official capacities, JOHN AND JANE DOES 1-10, individually and in their official capacities, and XYZ CORP. 1-10,

                              Defendants.

**ORDER**

19 Civ. 7935 (ER)

RAMOS, D.J.:

        The parties appeared before the Court for a conference on May 10, 2022 whereby Plaintiff was granted leave to file a motion for alternative service and a motion to compel. Since that date no motion has been filed. The parties are hereby directed to submit a joint status letter by **October 21, 2022.**

        It is SO ORDERED.

Dated: October 17, 2022
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.