# LAW OFFICE OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
**rad@dermesropianlaw.com**

**810 SEVENTH AVENUE**
**SUITE 405**
**NEW YORK, NY 10019**
**Ph.: 646-586-9030**
**Fax: 646-586-9005**
**www.dermesropianlaw.com**

**Affiliate Office:**
**Skillman, NJ**

November 9, 2022

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

          **Re:**   *So Young Cho v. Osaka Zen Spa, et al.*
                **Case No. 19-cv-07935**

Dear Judge Ramos:

      This office represents the Plaintiff, So Young Cho, in the above-referenced matter. On June 15, 2020, Plaintiff filed an Order to Show Cause pursuant to Your Honor's Individual Rules seeking a default judgment against Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee and Nan Hi Lee (see ECF Docket No. 22). Your Honor executed the Order to Show Cause (see ECF Docket No. 25) and a Hearing was held on July 22, 2020.

      However, since Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee appeared by counsel at the Hearing and were no longer in default, the Court instructed Plaintiff to submit a proposed default judgment as to Nan Hi Lee only. Defendant Nan Hi Lee remains in default as of the date of this letter.

      Accordingly, we have revised the previously submitted proposed default judgment and are resubmitting it herewith for Your Honor's review and consideration.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc:      All counsel of record (via ECF)