UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SO YOUNG CHO,                                        Civil Case No. 19-cv-07935 (ER)

                Plaintiff,

                                                        **JUDGMENT**

       -against-

OSAKA ZEN SPA,
BOKSIL PAULA LEE, in her individual and
official capacities, JOSHIA LEE, in his individual
and official capacities, JOSEPH LEE, in his individual
and official capacities, NAN HI LEE, in her individual
and official capacities, JOHN AND JANE DOES 1-10,
individually and in their official capacities, and
XYZ CORP. 1-10,

                Defendants.

------------------------------------------------------------------X

This action having been commenced on August 23, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint were served on Defendants Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee, and Nan Hi Lee on September 4, 2019 by personal service, proof of service having been filed on June 5, 2020, and Defendant Nan Hi Lee not having answered the Complaint or otherwise appeared in the case and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff So Young Cho has judgment against the Defendant Nan Hi Lee as follows:

- In the amount of $247,897.50 for violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq*. ("FLSA") and the New York Labor Law Art. 6, §§ 190 *et seq*. ("NYLL"), including liquidated damages;

- In the amount of $118,948.75 in reasonable attorney's fees pursuant to the FLSA and NYLL;

- In the amount of $137,400.00 in back pay under the Executive Law of the State of New York, New York State Human Rights Law ("NYSHRL"), Section 296, et seq., and the Administrative Code of the City of New York, New York City Human Rights Law ("NYCHRL"), Section 8-101;

- In the amount of $25,000.00 in emotional distress damages under the NYSHRL and NYCHRL;

- In the amount of $250,000.00 in liquidated damages under the NYSHRL and NYCHRL; and

- In the amount of $223,090.00 in reasonable attorney's fees pursuant to the NYSHRL and NYCHRL;

- Totaling $1,002,336.25.

Together with 9% simple interest from June 25, 2018 amounting to $485,419.94 as of November 15, 2022, plus costs and disbursements of this action in the amount of $1,800.00, amounting to a total of $1,489,556.19.

Dated: New York, New York
       May 10, 2023

                                    SO ORDERED.

                                    _____
                                    Edgardo Ramos, U.S.D.J.