UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

                Plaintiff,

–against–

OSAKA ZEN SPA, BOSKIL PAULA LEE, JOSHIA LEE, JOSEPH LEE, NAN HI LEE, JHN and JANE DOES 1-10, *and* XYZ CORP. 1-10

                Defendants.

**ORDER**

19-cv-7935 (ER)

RAMOS, D.J.:

Cho is directed to respond to Nan Hi Lee's request, Doc. 88, by July 21, 2023.

It is SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                          Edgardo Ramos, U.S.D.J.