UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

           Plaintiff,

–against–

OSAKA ZEN SPA, BOSKIL PAULA LEE, JOSHIA LEE, JOSEPH LEE, NAN HI LEE, JOHN and JANE DOES 1-10, *and* XYZ CORP. 1-10

           Defendants.

**ORDER**

19-cv-7935 (ER)

Ramos, D.J.:

At this time, Defendant Lee's appeal of the Court's order entering default judgment against her is pending before the Second Circuit. Doc. 84. Defendant Lee's June 7, 2023 letter indicates that she may withdraw her appeal or otherwise request that the Second Circuit hold her appeal in abeyance. Doc. 87. This Court shall consider the motion to vacate the default following an indication that Lee's appeal has either been withdrawn or otherwise held in abeyance.

    It is SO ORDERED.

Dated: July 23, 2023
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.