UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

          Plaintiff,

- *against* -

OSAKA ZEN SPA, BOKSIL PAULA LEE, JOSHIA LEE, JOSEPH LEE, NAN HI LEE, JOHN AND JANE DOES 1-10, and XYZ CORP. 1-10,

          Defendants.

**ORDER**

19-cv-07935 (ER)

Ramos, D.J.:

    The Court is in receipt of Namhi Lee's motion for judgment on the pleadings, Doc. 108, which Namhi Lee refers to as her motion to dismiss. As a point of clarification, the Court will keep the same motion to dismiss schedule it previously ordered, with opposition due January 5, 2024, and reply due January 19, 2024. The Court is also in receipt of Plaintiff's motion to bar Boksil Paula Lee and Namhi Lee from testifying at trial and presenting any sworn affidavits in this case, Doc. 109, and sets the following briefing schedule: opposition due January 12, 2024, and reply due January 19, 2024.

    It is SO ORDERED,

Dated:   December 22, 2023
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.