UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

               Plaintiff,

- *against* -

OSAKA ZEN SPA, BOKSIL PAULA LEE, JOSHIA LEE, JOSEPH LEE, NAN HI LEE, JOHN AND JANE DOES 1-10, and XYZ CORP. 1-10,

               Defendants.

**ORDER**

19-cv-07935 (ER)

Ramos, D.J.:

    So Young Cho filed a Second Amended Complaint in this action on August 7, 2024. Doc. 128. The Court is in receipt of Namhi Lee's answer to the Second Amended Complaint. Doc.131. Osaka Zen Spa, Boksil Paula Lee, and Joseph Lee are directed to answer the Second Amended Complaint by October 4, 2024.

    It is SO ORDERED,

Dated:   September 26, 2024
            New York, New York

                                                                     Edgardo Ramos, U.S.D.J.