UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

          Plaintiff,

    – *against* –

OSAKA ZEN SPA, BOKSIL PAULA
LEE, *in her individual and official
capacities*, JOSHIA LEE, *in his
individual and official capacities*,
JOSEPH LEE, *in his individual and
official capacities*, NAN HI LEE, *in her
individual and official capacities*, JOHN
AND JANE DOES 1-10, *individually
and in their official capacities*, and
XYZ CORP. 1-10,

          Defendants.

**ORDER**

19-cv-07935 (ER)

RAMOS, D.J.:

    So Young Cho brought this suit against various defendants, including Namhi Lee, on August 23, 2019. Doc. 1. Cho filed a motion for summary judgment on September 22, 2025. Doc. 146. Namhi,[1] who is proceeding *pro se*, was directed to file her opposition to the motion and cross-motion for summary judgment by October 22, 2025, Doc. 145, and did file an opposition and cross-motion on that date, Doc. 152.

    Approximately two weeks later, Namhi wrote to the Court indicating that her prior filing was submitted "by mistake," and requesting additional time to file a new opposition and cross-motion. Doc. 162. The Court granted her request and directed her to file the opposition and cross-motion by November 12, 2025. Doc. 163. In a letter dated November 13, 2025, Namhi requested an additional extension of her deadline. Doc. 165. The Court granted her request and directed her to file the opposition and cross-

---

[1] Because other defendants share Namhi Lee's last name, the Court refers to her by her first name to avoid any confusion.

motion by November 24, 2025.  Doc. 167.  Namhi did not file a corrected opposition and cross-motion by that deadline.  On December 29, 2025, Cho timely filed a reply to Namhi's opposition and opposition to Namhi's cross-motion, apparently based on Namhi's original filing.  Docs. 168–69.

Namhi filed three documents on December 31, 2025.  Two of the filings are labeled as a memorandum in opposition to Cho's motion for summary judgment and in support of Namhi's cross-motion for summary judgment.  *See* Doc. 171 at 13; Doc. 172 at 1.  The two filings, however, differ substantively from one another.  The third filing includes a request that the Court excuse Namhi's failure to meet the November 24, 2025, deadline due to certain medical issues.  Doc. 170.

Namhi is directed to file a letter with the Court by January 13, 2026, indicating which of the filings (Doc. 171 or Doc. 172) she intends to submit as her memorandum of law in opposition to the motion for summary judgment and in support of her cross-motion for summary judgment.  Should Cho wish to file a new reply and opposition to Namhi's opposition and cross-motion, Cho is directed to do so by February 6, 2026.  Namhi's reply is due February 13, 2026.

In addition, per Namhi's request, Doc. 86, the Clerk of the Court is respectfully requested to amend the caption to replace "Nan Hi Lee" with "Namhi Lee."

It is SO ORDERED.

Dated:   January 6, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2