# MEMO ENDORSED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SO YOUNG CHO,

Plaintiff,

v.

OSAKA ZEN SPA, BOKSIL PAULA LEE, JOSHIA
LEE, JOSEPH LEE, NAN HI LEE, JOHN, AND JANE
DOE 1-10, and XYZ CORP. 1-10,

Defendants,

-----------------------------------------------------------------------X

> Plaintiff is directed to file an opposition brief by April 28, 2026. Namhi Lee's reply, if any, is due May 5, 2026.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 7, 2026
> New York, New York

Case No.
19-cv-07935 (ER)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying **Motion for Sanctions Against Plaintiff and Plaintiff's Counsel**, the undersigned, **Defendant Pro Se Dr. Namhi Lee**, will move this Court, before the Honorable **Edgardo Ramos**, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such time as the Court may set, for an Order imposing sanctions under **Fed. R. Civ. P. 11**, **28 U.S.C. § 1927**, and the Court's **inherent authority**, and for such other relief as this Court deems just and proper.

1

## Service of Motion

Pursuant to Federal Rule of Civil Procedure 11(c)(2), Defendant served this Motion for Sanctions on Plaintiff and Plaintiff's counsel on March 12, 2026, thereby providing the required 21-day safe harbor period to withdraw or appropriately correct the challenged filings. More than 21 days have elapsed since service, and Plaintiff has neither withdrawn nor corrected the offending submissions. Accordingly, Defendant now files this Motion with the Court.

**Dated:** April 2, 2026

Respectfully submitted,
*Namhi Lee*
Namhi Lee
Defendant Pro Se
408 West 57th Street, #1E
New York, NY 10019
Tel: (212) 575-8189