UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO YOUNG CHO,

                Plaintiff,

        – *against* –

OSAKA ZEN SPA, BOKSIL PAULA
LEE, *in her individual and official
capacities*, JOSHIA LEE, *in his
individual and official capacities*,
JOSEPH LEE, *in his individual and
official capacities*, NAMHI LEE, *in her
individual and official capacities*, JOHN
AND JANE DOES 1-10, *individually
and in their official capacities*, *and*
XYZ CORP. 1-10,

                Defendants.

**ORDER**

19-cv-07935 (ER)

RAMOS, D.J.:

So Young Cho brought this suit against Osaka Zen Spa, Boksil Paula Lee, Joshia Lee, Joseph Lee, and Namhi Lee on August 23, 2019.[1]  Doc. 1.  Cho filed a second amended complaint on August 7, 2024, Doc. 128, and a motion for summary judgment against all defendants on September 22, 2025, Doc. 146.  Joseph Lee also filed a cross-motion for summary judgment on October 29, 2025.  Doc. 156.

The defendants were directed to file their oppositions to the motion for summary judgment by October 22, 2025.  Aug. 26, 2025, Minute Entry.  However, neither Osaka Zen Spa nor Boksil Paula Lee have filed an opposition brief.  To the extent that Osaka Zen Spa and Boksil Paula Lee oppose the motion, they are directed to file their opposition briefs by April 27, 2026.  Failure to do so will result in the motion being deemed unopposed as to them.  Cho's reply brief, if any, is due May 4, 2026.

---

[1] The complaint also named as defendants John and Jane Does 1-10 and XYZ Corp. 1-10.

2

In addition, although the Court directed Joseph Lee to file a reply brief in support of his cross-motion by January 31, 2026, he has not done so. Doc. 166. He is directed to file a reply by April 20, 2026. Failure to do so will result in the Court deeming his cross-motion fully briefed.

Finally, although Cho moves for summary judgment against Joshia Lee, the Court notes that he has not answered the second amended complaint or otherwise participated in this case since Cho filed the second amended complaint on August 7, 2024. Nor has he entered an appearance in this case since that date. Cho is therefore instructed to submit a status letter no later than April 20, 2026, regarding Joshia Lee's participation in this case.

It is SO ORDERED.

Dated:    April 13, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2